IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TIMOTHY C. CHATMON,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-3322-L** |
| | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 25) was entered on July 22, 2019, recommending that the court grant Defendant's Motion to Dismiss (Doc. 20) and dismiss without prejudice this action for lack of subject matter jurisdiction. No objections to the Report were filed.

Having reviewed the pleadings, motion, briefs, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct; and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss (Doc. 20) and **dismisses without prejudice** this action for lack of subject matter jurisdiction. Further, the court **directs** the clerk to term Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss (Doc. 21), which the court construes as a response to the Motion to Dismiss.

**It is so ordered** this 13th day of September, 2019.

Sam A. Lindsay
United States District Judge

Order – Solo Page